# EXHIBIT A

# EXHIBIT A

SHEIDA HUKMAN
P.O BOX 96321
LAS VEGAS, NV 89193
(310) 428-2568

PRO SE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO, CENTRAL DISTRICT

| | |
|---|---|
| SHEIDA HUKMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO,<br><br>    Defendant | Case No.:<br><br>NATIONAL ORIGIN DISCRIMINATION COMPLAINT<br>JURY TRIAL REQUEST |

# NATIONAL ORIGIN DISCRIMINATION COMPLAINT

Plaintiff Sheida Hukman respectfully submit her complaint and state to this Honorable court as follows:

## I. PRELIMINARY STATEMENT

Plaintiff Sheida Hukman a Middle Eastern of Kurdish descent from Iraq She was The only Middle Eastern Female working at San Diego International Airport for Southwest Airline, she has Over 15 years of customer service and supervisory experience with American Airlines, not only poses a degree in computer science and information system from the State University of New York, she is also multi-Lingual possessing Language knowledge in English Farsi, Arabic, Kurdish and Spanish. She had an excellent attendance record, Since she was Hired and excellent skills, fast learner and a good asset to Southwest Airlines. She was hired as a customer service agent at Southwest Airline, bringing this action against

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 1

Southwest Airlines for Discrimination, Harassment, Retaliation, refused to hire Plaintiff as a supervisor, Denied employment Training, refused to stop discrimination and harassment based on her National Origin Iraq, and ultimately for wrongful termination in violation of Public Policy and Title VII of the civil Rights Act Sheida Hukman Allege the following causes of action

1. Discrimination, violation under Title VII of the civil right act of 1964. based on National Origin
2. Retaliation in Violation of VII of the civil Rights Act of 1964, 42 U.S.C 200e, Et Seq, (Title VII)
3. Retaliation in violation of California fair employment & Housing act (FEHA) California Government code 12940 et seq.
4. Denied Hiring as a Supervisor in violation of VII of the Civil Right Act of 1964.
5. Denied proper Training as a Customer Service Agent in violation of VII of the Civil Rights Act of 1964.
6. Harassment in violation of VII of the Civil Rights Act of 1964.
7. Failure to stop Discrimination and Harassment
8. Wrongful Termination in violation of the public Policy of the State of California

## II. HISTORY AND FACTUAL FACTS

1. Plaintiff Sheida Hukman is an Kurdish - American was Interviewed by Southwest Airline in May 2016 by Shawn Haulette " Caucasian " Ms. Huckman was hired as a Customer Service Agent, In May 27, 2016, had a different interview with Ms. Patricia Iyson" Recruiter for Southwest Airlines : Caucasian " for a customer service supervisor

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 2

position . Ms. Hukman Was advised by Mr. Shawn Ouellette " Manager " that , Southwest Airline promoted agent Within the Company .Later , learned that , Southwest Airline hired individuals from outside the company who doesn't have an Airline experience and not qualified for the position , outside of the Plaintiff's protected class , Plaintiff had an interview with Patricia Lyson " Recruiter ' . Shawn Ouellette ", and Mr. Larimore "Assistant Station Manager: Caucasian ". The Interview went very well and the Plaintiff believed that, she was hired as a customer service supervisor. As The Plaintiff answered all the questions accurately as a successful customer service supervisor who had a lot of experience and, Knowledge with The Federal Aviation Administration, Department of Transportation, Airport and Airlines Guidelines. On May 30, 2016 she, was advised by the people Department that, she was not qualified for the position. She learned later that , Ms. Kathleen " Unknown Last Name " "Caucasian " and Ms. Amara " Unknown Last name " Indian " were hired as A customer service supervisors " outside Ms. Hukman protected class " with less experience , skills and no college Degree . Ms. Hukman was qualified for the position (1) Belong to a Racial Minority (2) She was Qualified for the job for which southwest airline was seeking (3) despite her qualification , Was rejected employment (4) After the rejection , the position remained open and the Employer continued to seek applicants outside the Plaintiff's protected class .
See McDonnell Douglas v. Green (1973)411 US 792 at 800.

    The Plaintiff was denied the position by Mr. Larimore " Caucasian " and Mr. Shawn Hullette ,because of her national origin Iraq , and her Accent in the violation of Title VII of the civil rights acts of 1964 .

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 3

2.	The Plaintiff was hired by Southwest Airlines as a customer service agent. The first week of her employment. The Plaintiff had a training with instructor Ms. Taylor Farson "Caucasian "who went through the basics to learn about the airport, Southwest Airline policy and ordered uniforms.

The Plaintiff is familiar with her size in order for her to order a uniform. Ms. Farson had changed the order on her own and ordered a different size claiming the Plaintiff is bigger than the size she ordered and restricted the plaintiff from ordering certain uniform pieces. Taylor Farson, purposely ordered the wrong size. She was instructed by the Station Manager Mr. Tom Starr to intentionally discriminate , retaliate and terminate the Plaintiff employment with Southwest Airline because Mr. Tom Starr was a Friend of a Southwest Airline Flight Attendant " Ms. Laura Williams- Anderson ," Caucasian " who committed Illegal Activity , by smuggling herself , friends and family members without listing Them in the manifest and introduce the Iranian to Airline Employees so , they could get the airline and airport information from the Airline Employee " worked for the Iranian" , and Learned the art of invisibility .

Ms. Taylor Farson refused to provide The Plaintiff with The Uniform allowance policy ,were other employees allowed to order the pieces that , the Plaintiff couldn't order among those employees Mathew [ unknown Last name ] " Caucasian and Ms. Elizabeth Maccabee " Mexican " . Ms. Taylor Farson made such a bad remarks about The Plaintiff body.

3.	Soutwest Airlines denied to provide the proper training Program for the Plaintiff and the Second week of training was forced to work by herself at the ticket counter and was assigned to Mr. Michael Klatch" Caucasian " : trainer " who was assigned to

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 4

Training other agent " Zeyda " "Hispanic " and He was either on a vacation or taking days off Other new hires " The same class with The Plaintiff were given a proper training and assigned to a trainer at all times but, The Plaintiff had to work by herself among those employees Ms. Isabel McCabe " Hispanic . Mr. Kevin Smith "African - American and Mr. Matthew Silhouette "Caucasian ". Outside of the Plaintiff's protected class.

However the Plaintiff is a fast learner and had experience and excellent skills and provided the passengers with excellent customer service.

**4.** After four weeks. Southwest Airline sent the Plaintiff for training in Dallas Ft Worth to complete her, training. Instructor Amber Harris 'African -American. "She had asked every one of their National Origin. The Plaintiff stated her national origin in the classroom and Ms. Harris Looked at the Plaintiff every time she mentioned terrorist and the Plaintiff had a Pre -TSA Screening , made a comment , that she doesn't know why I had the Pre -TSA screening and why it was given to me . Time they mentioned terrorist, she would look at the Plaintiff in a threatening, humiliating manner because of the Plaintiff National Origin. The Plaintiff passed the class with a high grade meanwhile Mr. Matthew Silhouette and Ms. Isabel Maccabee had a serious Problem passing the class but, Ms. Amber Harris helped them passing the class.

**5.** Throughout the Plaintiff employment with Southwest Airlines, she was subjected to various forms of discrimination, Harassment, threats, intimidation .differential treatment. When the Plaintiff complained to Southwest Airlines. Southwest Airline ignored the Plaintiff, retaliated against her and by allowing other employees continually Harass, intimidate and trying to evaluate her performance on a daily basis.

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 5

6.   The Plaintiff asked the Senior Agent at San Diego Airport about the uniform allowance Policy. The Senior agent Ms. Jules Alvis Knew the policy and stated it depends, what Piece the company allows you to have " Southwest Airlines don't go by the Uniform Policy ", and Stated in a threatening manner " be careful You are in a probation, they are going to terminate your employment , because you took the Flight Attendant Ms. Laura Williams- Anderson to court to get an order of protection .

MS Jules Alvis started soliciting agent and supervisor to badmouth the Plaintiff in front of the Plaintiff during business hours at the gate at San Diego International Airport and calling the Plaintiff " Shish Kabob ", because Of her National Origin Iraq .Ms. Jules Kept repeating her derogatory remarks toward, the Plaintiff in a harassing manner, and was not performing her job accurately during business Hours, she was booking her vacation, looking for coupons and gossiping about other Employees and harassing the Plaintiff because of her national origin Iraq .The Plaintiff was Working, helping passengers and performing her job .

On September 9th, 2016. The Plaintiff met with Taylor Farson and Mr., Frank McGinley. Ms. Freson Attacked the Plaintiff verbally and accused her that, she called her a liar because her friend Ms. Jules informed her about the Plaintiff asking her the uniform policy. Mr. McGinley stated that Ms. farson been going around investigating the Plaintiff, to set her up for a permanent termination to help the flight attendant Ms. Williams-Anderson to continue to commit illegal activity, because She is Caucasian and the Plaintiff is Kurdish and not allowed to complain about Caucasian even if she is involved in committing illegal activity .

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 6

On September 9th, 2016. The Plaintiff spoke to a Union Representative Ms. Lorena Todd and informed her about Ms. Jules threats that , The Plaintiff employment will be Terminated for Mr. Starr instructed Ms. Farson to terminate Ms. Hackman employment .

The Plaintiff met with Mr. Larimore "Assistant Station Manager ", Ms. Julie Kibbe "Caucasian "and Ms. Lorena Todd "Hispanic "and informed Southwest Airline about Ms. Jules Alves and Ms. Farson., threats, discrimination and harassment.

Mr. Larimore stated will investigate the matter and get back to the Plaintiff. The Plaintiff complaint was ignored. The Plaintiff never heard from Mr. Larimore. "According to Southwest Policy concerning, harassment, discrimination and retaliation as issued April, 2016 "

(Reporting and Investigation) had to report the incident to Employee Retaliation. Plaintiff was never contacted by Employee Relations to submit any statement.

**7.** on September 10th, 2016. The Plaintiff worked at Southwest Ticket Counter, And Ms. Jules Alves was blocking the Plaintiff normal work area and movement so she Could Tripp and cause the Plaintiff injury. Ms. Jules Alves was threatening the Plaintiff Was Intentional and calling her Shish Kabob and her Husband Mr. Al Alves Also? Was calling the plaintiff Shish Kabob in a threatening manner.

Mr. Chad Larimore was informed about the discrimination and harassment that, Ms. Jules Alves committed.

**8.** The Plaintiff was also harassed by Mr. Irv Adams "Caucasian ""Manager ". Mr. Adams Talked to the Plaintiff in a harassing manner and inform her that while

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 7

She was using her airport badge to open the door. Stated. "It's all green at this point. I am waiting for the day that, you cannot swipe your badge and goes Red HaHaHaHa ".

The Plaintiff learned that, management trying to set her up for a permanent Termination Also Mr. Adams man do the plaintiff for four hours instead of two hours. Other Agents were man do for two hours, was trying to find an excuse to terminate the Plaintiff Employment.

**9.** September 24th, 2016. The Plaintiff worked from 530am till 2pm. Mr. Bruce Chrisman "Caucasian "asked the Plaintiff for 50 days evaluation, and advised her to See him in The Conference Room. He mentioned Ms. Farson Issue and inform the Plaintiff to leave The Company if she doesn't like the situation, but he gave the Plaintiff Good evaluation, because she performed her job accurately. Mr. Chrisman mentioned In the review that, The Plaintiff cannot mention other airlines benefit and duties. And Asked her to sign the Evaluation. The Plaintiff refused to sign. It was another form of Retaliation for her complaint of Ms. Jules Harassment and discrimination, The Plaintiff Mentioned other airlines in good faith, Southwest Airline cannot prohibit individuals From talking in good Faith. It's not, A Requirement for evaluation. The Plaintiff Requested a copy,
Southwest Airline refused to provide a copy. Mr. Chrisman discriminated against the Plaintiff, because of her national origin Iraq.

**10.** September 25th, 2016. The Plaintiff worked from 530am till 945pm. Mr. Chrisman, And Mr. Randall Riddle "Supervisor ""Caucasian ", assigned her to work

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 8

At the Express Baggage Drop at the ticket counter. The Plaintiff was working and Mr. Riddle started, coming and watching the Plaintiff, humiliating the Plaintiff, mocking the Plaintiff Accent and talking to all passengers like the Plaintiff accent. The Plaintiff Asked him to stop, but refused to stop "He was having fun "Shortly after Mr. Chrisman And Christina "unknown last name ". Standing in front of the plaintiff watching her for 30 To 45 minutes to harass and intimidate the plaintiff for her refusal to sign the Evaluation.

Mr. Riddle had asked the Plaintiff to work faster, than usual and he pointed a Big Fan toward the Plaintiff back. Her back was frozen and couldn't move. Mr. Riddle Was Treating the Plaintiff like Slaves.

Mr. Riddle and Mr. Christmas not familiar with the EEOC laws, they are not Familiar with Southwest Airlines Statement to their employees. They don't comply With any Laws or Policies and procedures. Southwest Airlines Statement to their Employees

**"We are committed to provide our employees a stable work environment with equal opportunity for learning and Personal growth, creativity and innovation are encouraged for improving the effectiveness of Southwest Airlines Above all, Employees will be provided the same concern, respect and caring attitude within the organization that they are expected to share externally with every Southwest Customer. "**

Mr. Riddle was evaluating the Plaintiff mocking her accent. And made several False Statement in regard the Plaintiff performance because of her national origin.

**11.** September 26, 2016. The Plaintiff was assigned to work in the morning, She Was Advised by the employees that. She is going to be terminated for complaining to

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 9

Mr. Larimore discrimination, Harassment, threats, and retaliation, Mr. Starr and Ms. Farson set up and Intentional Discrimination All the fun loving attitude and other Southwest Airlines Statement does not exist at Southwest Airline San Diego International Airport .It's all Fake .Has no truth to it

    Mr. Irv Adams and Ms. Theresa Nolten "Assistant Station Manager ""Hawaiian " Stated that, The Plaintiff doesn't belong to Southwest Airline, San Diego International Airport because of her National Origin. She Is Middle Eastern and. Mr.Irv Adams asked the Plaintiff to sign the termination paper. The Plaintiff refused to sign Any documentation because Mr. Irv Adams and Southwest Airlines discriminated Against the Plaintiff under Title VII of the civil Rights Act of 1964. Retaliated against the Plaintiff for her engaging in protected activity.

**Mr. Irv Adams and Ms. Theresa Nolten are not familiar with The Laws Enforced by Equal Employment Opportunity Commission .Title VII of the Civil Rights Act Of 1964 and Southwest Guidelines for employees "Policy and Procedures Handbook**

    The Plaintiff advised Ms. Nollen and Mr. Adams. Of harassment, discrimination, Threats, should have stopped the termination processes immediately, however, Management knew that she have complained and filed a complaint with Mr. Larimore But Southwest Management Retaliated against the Plaintiff and wrongfully terminated Her employment.

**12.** Plaintiff established a Prima Facie case

    The Plaintiff (1) is a member of protected class (2) She was qualified for the Position (3) she suffered an adverse action and (She was discharged). (4) The Adverse action and the discharge occurred under circumstances giving rise to an

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 10

Inference of discrimination.

See Fisher v. Vassar college 114 f .3d 1332, 1344 (2d cir 1997) and see Shumway v United States Parcel service Inc. . . . . 118 f 3d 60, 63 (2d cir 1997) The Plaintiff was Treated Different than other employees because of her national origin Discrimination Under Title VII of the Civil Rights Act.

### III.    JURISDICTION AND VENUE

All the events referred to in the allegations contained herein occurred within the Boundaries of the county of San Diego of California, therefore both jurisdiction and venue properly lie with this court.

### IIII.    CAUSES OF ACTION

### 1. FIRST CAUSE OF ACTION

**National Origin Discrimination in violation of Title VII of the Civil Rights Act of 1964.**

Plaintiff hereby, incorporate by reference, all other paragraph in this complaint as though fully set forth herein.

Plaintiff complained to Defendant and other agent or employees of the Southwest Airline and what reasonably. In good faith to be National Origin Discrimination.

The discriminatory acts included, but were not limited to subjecting Plaintiff to terminating her employment.

Defendant Discriminating conduct caused the Plaintiff to suffer, harm, including emotional stress and economic loss.

Defendant discriminatory conduct was a substantial factor in causing the Plaintiff harm.

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 11

## 2. SECOND CAUSE OF ACTION

**Retaliation in Violation of Title Vii of the civil rights act of 1964.**

Plaintiff hereby, incorporate by reference, all other paragraph in this complaint as though fully set forth herein

Plaintiff complained to Defendant and other agents and employees of Southwest Airline and what she reasonably and in good faith believed to be retaliation.

The retaliating acts included, but were not limited to subjecting Plaintiff terminating her employment.

Defendant retaliating conduct caused Plaintiffs to suffer, harm including emotional Distress and economic loss

Defendant retaliating conduct was a substantial factor in causing Plaintiff's harm.

## 3. THIRD CAUSE OF ACTION

**Retaliation in violation of California government code 12940, et seq**

Plaintiff hereby incorporate by reference all other paragraphs in this complaint as though fully set forth.

Plaintiff engaged in protective activity by opposing what they reasonably and in good faith believed to be discriminatory treatment.

Following these complaints, Defendant Southwest Airlines subjected the Plaintiff to Retaliation. The retaliatory act included but were not, limited to subjecting Plaintiffs to Termination.

Plaintiff complaint about discrimination, harassment, Retaliation were, a motivating factor in Defendant Decision to take adverse action against the Plaintiff.

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 12

Defendant retaliatory conduct caused Plaintiff's to suffer harm, including emotional distress and economic loss.

Defendant retaliatory conduct was a substantial factor in causing Plaintiff's harm.

4. **FOURTH CAUSE OF ACTION**

**Denied Hiring the Plaintiff as a Supervisor**

Plaintiff Hereby incorporate by reference. All other paragraph in this as though fully set forth.

Plaintiff was denied employment by Southwest Airline as a Supervisor because of her National Origin in violation of Title VII of the civil Rights Act.

Plaintiff complaint about denying employment with Southwest Airline was a motivating Factor in the Defendant's decision to take an adverse action against the Plaintiff

Defendant denying employment caused the Plaintiff harm.

5. **FIFTH CAUSE OF ACTION**

**Denied Proper Employment Required Training in violation of California government code 1290(c).**

Plaintiff hereby incorporate by reference. All other paragraph in this as though fully set forth.

Plaintiff did not receive proper training at Southwest Airlines required for employment purposes because of the Plaintiff National Origin Iraq.

Plaintiff complaint about differential Treatment, were a motivating factor in Defendant Decision to take adverse action against the Plaintiff.

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 13

Defendant Retaliatory conduct caused the Plaintiff to suffer harm, including emotional Distress and economic loss.

Defendant retaliatory conduct was a substantial factor in causing Plaintiff's harm.

## 6. SIXTH CAUSE OF ACTION

**Harassment in violation of the civil right act of 1964**

Plaintiff hereby incorporate by reference. All other paragraph in this as though fully Set forth.

Plaintiff was harassed by Southwest Airline and Southwest employees in violation of Title VII of the civil rights act of 1964.

Plaintiff complaint about harassment, were a motivating factor in Defendant decision To take adverse action against the Plaintiff and terminate her employment.

Defendant harassment conduct caused the plaintiff to suffer harm, including emotional Distress and economic loss.

Defendant Harassment conduct was a substantial factor in causing Plaintiff's harm.

## 7. SEVENTH CAUSE OF ACTION

**Failure to stop discrimination, harassment in violation of California Government Code 12940 (K)**

Plaintiff hereby incorporate by reference. All other paragraph in this as though fully set forth.

Defendant failure to stop Discrimination and Harassment. The Defendant's duty to prevent harassment and discrimination is affirmative and mandatory.

Plaintiff complaint of harassment and discrimination, were a motivating factor in Defendant Decision to take adverse action against the Plaintiff.

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 14

Defendant failure to stop discrimination and harassment caused the Plaintiff to suffer harm, Including emotional distress and economic loss

Defendant retaliatory conduct was a substantial treatment, were a motivating factor causing Plaintiff's harm.

8. **EIGHTH CAUSE OF ACTION**

**Wrongful termination in violation of public policy by Plaintiffs against Defendants** Southwest **Airlines**

Plaintiff hereby incorporate by reference all other paragraphs in this complaint, as Though fully set forth herein, Plaintiff were employed by the Defendant

Plaintiff were terminated from her employment by the Defendant.

Plaintiff National Origin, differential treatment of a Middle Eastern Woman compared with other employees at Southwest Airlines, were the motivating reasons for Plaintiff's termination from her employment.

Defendant unlawful termination of Plaintiff's employment, caused Plaintiff's harm including emotional distress and economic loss.

Defendant's unlawful terminations of Plaintiff's employment were a substantial factor in causing Plaintiff's harm.

V. **REQUEST FOR RELIEF**

Wherefore Plaintiff request Judgement against Defendant as follows.

1. Job Reinstatement  Back Pay and benefits , lost overtime - 401 K Plan - Profit Sharing, Medical Insurance, Social Security  Plus interest and tax consequences

2. Punitive Damages

3 .Moving Expenses

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 15

4. Compensatory damages (Emotional Pain and Suffering / loss of reputation And future earnings).

## VII. CONCLUSION

For the foregoing reasons, The Plaintiff has a serious and plausible claims against Southwest Airline and the Superior court should grant the motion on the issues raised And grant a Jury Trial.

Respectfully submitted by Sheida Hukman

On November 24, 2017

/s/    Sheida Hukman

Pro Se

# REQUEST FOR A JURY TRIAL

Plaintiff, hereby demand a trial by jury for each and every claim for which

The right to jury trial.

Date. November 24, 2017

Southwest Airline Co
General Counsel Department Hdq-4gc
2702 Love Field Drive
Dallas, TX, 75235

/s/    Sheida Hukman

Respectfully submitted by Sheida
P.O Box 96321
Las Vegas, NV 89169
Tel-310-428-2568
Email-shuckman987@gmail.com

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 17

## CERTIFICATE OF SERVICE

I Sheida Hukman hereby, certify that on November 24, 2017, the foregoing Was filed With the Superior court in San Diego California. Notice of this will be sent to Southwest Airlines Co by US Certified Mail.

Southwest Airlines Co
General Counsel Department
2702 Love Field Drive, Hdq -4gc
Dallas, TX 75235

        Sheida Hukman (Pro Se )
        /s/   Sheida Hukman
        P. O Box 96321
        Las Vegas, NV 89193
        Tel -310-428-2568
        Email-shuckman987@gmai.com

NATIONAL ORIGIN DISCRIMINATION COMPLAINT JURY TRIAL REQUEST - 18