

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheida Hukman<br><br>Plaintiff,<br><br>V.<br><br>Southwest Airlines Co.; Non-Party American Airlines, Inc. fka US Airways Inc.<br><br>Defendant. | Civil Action No.  18-cv-1204-GPC-RBB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that the Plaintiff has failed to proffer any genuine or triable issues as to any material fact for each of her claims. Accordingly, the Court GRANTS Defendant's motion for summary judgment in its entirety. The Court also DENIES Plaintiff's Motion to Strike the Sur-Reply, ECF No. 67, and DENIES AS MOOT the Joint Motion to Continue Hearing, ECF No. 66. The Clerk of Court is hereby directed to close this case.

| | |
|---|---|
| **Date:**           8/22/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D. Gilbert<br><br>                                D. Gilbert, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 18-cv-1204-GPC-RBB

Consol Third Party Defendant:
Alaska Airlines Inc
Movant::
US Department of Justice