UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**FILED**
Sep 13 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

SHEIDA HUKMAN )
    Appellant ; )
     )  Case No- 3:18-cv-01204-GPC-RBB
Vs. )  District Judge : Gonzalo P. Curiel
     )
SOUTHWEST AIRLINES Co, )
    Appelle ; )
_____ )

## NOTICE OF APPEAL

Plaintiff Sheida Hukman ( Appellate ) hereby, Appeals the Southern California ""San Diego Division " District Court Order granting Defendant SouthWest Airlines Summary Judgment on August 22,2019 ECF No 69 and denying the Plaintiff Motions to Clarify Fraud upon Forgery Of the Plaintiff Signature on August 27th , 2019 ECF No 71 and ECF No 74 on September 9th,2019 and all other motions and orders related to The above mentioned case to The United States Court of Appeals for the Ninth Circuit .

Respectfully submitted by Sheida Hukman
/s/ Sheida Hukman
P.O Box 96321
Las Vegas , NV 89193
Email-shuckman987@gmail.com
Date :   September 11th,

